UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JANE DOE : | |
|     Plaintiff, : | |
| : | |
|       v. : | No. 5:20-cv-03089 |
| : | |
| COUNTY OF LEHIGH and : | |
| CEDARBROOK SENIOR CARE & : | |
| REHAB, : | |
|     Defendants. : | |

## O R D E R

**AND NOW**, this 11th day of December, 2020, upon consideration of Plaintiff's Motion to Proceed Anonymously in this matter, *see* ECF No. 2, and for the reasons set forth in the Court's Opinion issued this date, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's Motion to Proceed Anonymously, ECF No. 2, is **DENIED.**

2. Plaintiff shall file an unredacted version of the Complaint in this matter within seven (7) days of today's date.

3. Once the unredacted Complaint is filed, the Clerk's Office shall update the docket with the appropriate information.

                                            BY THE COURT:

                                            */s/ Joseph F. Leeson, Jr.*
                                            JOSEPH F. LEESON, JR.
                                            United States District Judge