UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NANCY HILLS,<br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF LEHIGH and<br>CEDARBROOK SENIOR CARE AND REHAB,<br>    Defendants. | :<br>:<br>:<br>:  No. 5:20-cv-03089<br>:<br>:<br>:<br>:<br>:<br>: |

**O R D E R**

**AND NOW**, this 19th day of February, 2021, upon consideration of Defendants' Partial Motion to Dismiss for Failure to State a Claim, ECF No. 9, of Plaintiff's response thereto, ECF No. 10, and for the reasons set forth in the Court's Opinion issued this date, **IT IS ORDERED THAT:**

1. Defendants' motion, ECF No. 9, is **DENIED**.

2. Defendants **SHALL file an answer on or before March 5, 2021.**

                                                            BY THE COURT:


                                                            */s/ Joseph F. Leeson, Jr.*
                                                            JOSEPH F. LEESON, JR.
                                                            United States District Judge